ANDREW M. LEAVITT, ESQ.
Nevada Bar #3989
Law Office of Andrew M. Leavitt, Esq.
633 South Seventh Street
Las Vegas, Nevada 89101
(702) 382-2800
Attorney for Defendant,
**PETE ANTHONY BANEGAS**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) 2:18-mj-00956-NJK |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| PETE ANTHONY BANEGAS | ) |
| | ) |
| Defendant. | ) |
| | ) |

## SUBSTITUTION OF ATTORNEY

Defendant, PETE ANTHONY BANEGAS, hereby consents to the substitution of ANDREW M. LEAVITT, ESQ., in the place and stead of the FEDERAL PUBLIC DEFENDER's OFFICE, as counsel of record in this matter.

DATED this 7 day of December, 2018.

By: /s/ Pete [signature]
PETE ANTHONY BANEGAS
Defendant

FEDERAL PUBLIC DEFENDER's OFFICE, for the above-named Defendant, PETE ANTHONY BANEGAS, hereby consents to the substitution of

ANDREW M. LEAVITT
ATTORNEY AT LAW
633 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-2800
Fax: (702) 382-7438

1

ANDREW M. LEAVITT, ESQ., as attorney for the Defendant, PETE ANTHONY BANEGAS in the above-entitled matter.

DATED this 10 day of December, 2018.

By: _____
FEDERAL PUBLIC DEFENDER's OFFICE

ANDREW M. LEAVITT, ESQ. hereby agrees to be substituted in the place and stead of FEDERAL PUBLIC DEFENDER's OFFICE, as counsel for the Defendant, PETE ANTHONY BANEGAS in the above-entitled matter.

DATED this 7 day of December, 2018.

Law Office of
ANDREW M. LEAVITT, ESQ.

By: _____
ANDREW M. LEAVITT, ESQ.
Nevada Bar #3989
633 South Seventh Street
Las Vegas, Nevada 89101

IT IS SO ORDERED.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: December 18, 2018